**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JUAN DIEGO LOPEZ MACIAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-484-J |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Juan Diego Lopez Macias, a Mexican citizen, is currently in the custody of Immigration and Customs Enforcement. On March 12, 2026, Petitioner filed a Petition for Writ of Habeas Corpus challenging the detention, [Doc. No. 1], and the matter was referred to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 636(b)(1)(B), (C). While the case was pending, an immigration judge granted Petitioner's request for voluntary departure. [Doc. No. 16 at 2]. That order became administratively final on July 27, 2026, *see id.* at 4, and Judge Erwin issued a Report and Recommendation recommending that the Court deny the Petition as moot as Petitioner is now subject to mandatory detention. *Id.* at 4-6. No party objected by the August 20, 2026 deadline, and each has waived de novo review. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. No. 16] is ADOPTED and Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED as MOOT.

A separate judgment will enter.

IT IS SO ORDERED this 21st day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE